THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOMER BROWN, JR., Appellant.

Submitted June 1, 2009; decided June 4, 2009

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.